UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT MERCHANT,

                Plaintiff,

-against-

DEPARTMENT OF HEALTH SERVICES;
DEPARTMENT OF CORRECTIONS,

                Defendants.

19-CV-11122 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 10, 2020
            New York, New York

                                      COLLEEN McMAHON
                                      Chief United States District Judge